IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

VICKI K. WILLIAMS,

       Plaintiff,

vs.                               CASE NO. 4:07cv526-SPM/WCS

UNITED STATES DISTRICT
COURT,

       Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court for consideration of the magistrate judge's Report and Recommendation (doc. 3). Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff filed three documents (doc. 4, doc. 5 and doc. 6) that the Court will treat as objections. All three documents are incomprehensible. Having considered the report and recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby ORDERED and ADJUDGED as follows:

1.     The magistrate judge's report and recommendation (doc. 3) is ADOPTED and incorporated by reference in this order.

2.     This case is dismissed for failure to state a claim upon which relief

may be granted.

DONE AND ORDERED this <u>twenty-fourth</u> day of March, 2008.


_s/ Stephan P. Mickle_
Stephan P. Mickle
United States District Judge